ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES, ESQ.
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
USAA CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MICHAEL KAMBESTAD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY; DOES I-X, and ROE CORPORATIONS XI-XX, inclusive<br><br>　　　　Defendant. | CASE NO. 2:17-cv-2264-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days, up to and including Tuesday, May 29, 2018. In addition, the parties request that the dispositive motions and pretrial order deadlines be extended for an additional ninety (90) days as outlined herein. In support of this Stipulation and Request, the parties state as follows:

    1.    On April 26, 2017, Plaintiff filed his Complaint in United States District Court, District of Nevada.

    2.    On September 1, 2017, Defendants filed their Answer.

4820-1750-2296.1

3. On October 24, 2017 the parties submitted a proposed Scheduling Order to the Court.

4. On November 2, 2017, Plaintiff served his Initial Disclosure of Documents and Witnesses on Defendant.

5. On November 14, 2017, Defendants served their Initial Disclosure of Documents and Witnesses on Plaintiff.

## DISCOVERY REMAINING

1. Defendants will take the deposition of Plaintiff.
2. Plaintiff will take the deposition of the Defendants.
3. The parties will complete all written discovery.
4. Defendants will collect Plaintiff's medical and billing records.
5. The parties will take the depositions of the designated expert witnesses.
6. The parties may take the depositions of Plaintiff's medical providers once Defendant is able to obtain all pertinent medical records.
7. The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties have been compiling documents and investigating the instant action. The parties are actively engaged in in efforts to obtain outstanding medical records, which, when received, may allow the parties to engage in dialogue regarding potential settlement of the claim in lieu of protracted discovery. Thus, the parties request a brief extension to the discovery deadlines, including the expert disclosure deadlines, to avoid incurring unnecessary expenses related expert retention at this juncture.

Extension or Modification of The Discovery Plan and Scheduling Order. LR 26-4 governs modifications or extension of this discovery plan and scheduling order. Any

stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | Wednesday, February 28, 2018 | Tuesday, May 29, 2018 |
| Amendment to Pleadings | Thursday, November 30, 2017 | Closed |
| Interim Status Report | Friday, December 29, 2017 | Thursday, March 29, 2018 |
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | Friday, December 29, 2017 | Thursday, March 29, 2018 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | Monday, January 29, 2018 | Monday April 30, 2018 |
| Dispositive Motions | Friday, March 30, 2018 | Thursday, June 28, 2018, or at least thirty (30) days after the close of discovery |
| Joint Pretrial Order | Monday, April 30, 2018 | Monday, July 30, 2018, or at least thirty (30) days after the decision of last Dispositive Motions |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

…

…

…

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety days (90) days from the current deadline of February 28, 2018 up to and including May 29, 2018 and the other discovery dates as outlined in accordance with the table above.

DATED this 8th day of December 2017.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Pamela L. McGaha*
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Pamela L. McGaha, Esq.
Nevada Bar No. 8181
Cheryl A. Grames, Esq.
Nevada Bar No. 12752
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 8th day of December, 2017.

RICHARD HARRIS LAW FIRM

*/s/ Garnet E. Beal*
Garnet E. Beal, Esq.
Nevada Bar No. 12693
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated this 11 day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE