# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL KAMBESTAD, | Case No. 2:17-cv-02264-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 14) |
| USAA CASUALTY INSURANCE COMPANY, | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to extend discovery deadlines. Docket No. 14. On December 11, 2017, the Court granted the parties' first stipulation to extend discovery deadlines. Docket No. 13. In the instant stipulation, the parties request an extension of 40 days because they "have been engaged in meaningful settlement negotiations." Docket No. 14 at 2. However, it appears the parties have not conducted any meaningful discovery since their first stipulation to extend discovery deadlines was granted. *Compare* Docket No. 12 at 1-2 *with* Docket No. 14 at 1-2. Parties may not institute a self-imposed stay on discovery. *See* Fed.R.Civ.P. 29(b) ("a stipulation extending the time for any form of discovery must have court approval if it would interfere with the time set for completing discovery..."); *see, e.g.*, *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597 (D. Nev. Dec. 13, 2011); *see also* Local Rule 7-1(b).

//

//

//

Nonetheless, as a one-time courtesy to the parties, the Court **GRANTS** the stipulation to extend discovery deadlines. Docket No. 14. The Court **SETS** the deadlines as follows:

- Initial expert disclosure: May 8, 2018
- Interim status report: May 8, 2018
- Rebuttal expert disclosure: June 11, 2018
- Discovery cut-off: July 8, 2018
- Dispositive motions: August 7, 2018
- Joint pre-trial order: September 10, 2018

The Court will not grant any further stipulations to extend discovery without a proper showing. *See, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (to find a showing of good cause to extend discovery deadlines, the Court focuses on whether the parties have diligently engaged in discovery, and if they have not, "the inquiry should end").

IT IS SO ORDERED.

DATED: March 30, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge